■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MATTHEWS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a conviction after jury trial of four counts of robbery in the first degree and one count of attempted aggravated assault upon a police officer, arguing that he was deprived of a fair trial by cumulative prosecutorial misconduct. While we agree that there was some prosecutorial misconduct, we do not find that it deprived defendant of a fair trial (*People v McCormick,* 100 AD2d 723).

We have examined defendant's remaining arguments and find them to be without merit. (Appeal from judgment of Onondaga County Court, Sullivan, J.—robbery, first degree, and another offense.) Present—Callahan, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.